IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOUIS A. VARGAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OKLAHOMA DETENTION CENTER and )<br>TRISTAN REDDING-WADE, )<br>)<br>Defendants. ) | Case No. CIV-22-01032-PRW |

### ORDER

This matter is before the Court on United States Magistrate Judge Amanda Maxfield Green's Report and Recommendation (Dkt. 17). The Court observes that no party has objected to the Report and Recommendation within the time limits prescribed. The Court has also reviewed Magistrate Judge Green's Report and Recommendation (Dkt. 17) *de novo* and agrees with the reasoning and conclusions therein. The Court thus **ADOPTS** the Report and Recommendation in its entirety.

Accordingly, the Court **DISMISSES** Plaintiff's claims against Defendant Oklahoma County Detention Center and any official-capacity claims against Defendant Tristan Redding-Wade. Additionally, the Court finds that Plaintiff has successfully stated a claim for cruel and unusual punishment against Defendant Redding-Wade in his individual capacity.

1

**IT IS SO ORDERED** this 24th day of April 2023.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE